UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MARK PINELLA, | ) | **JUDGMENT** |
|     Plaintiff | ) | |
| | ) | No. 5:10-CV-83-H |
| v. | ) | |
| | ) | |
| CITY OF FAYETTEVILLE, | ) | |
| NC; CHRISTOPHER L. CODY; | ) | |
| NORTH CAROLINA | ) | |
| DEPARTMENT OF REVENUE | ) | |
| and J. C. RAINES, | ) | |
|     Defendants | ) | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of the magistrate judges memorandum and recommendation.**

**IT IS ORDERED, ADJUDGED AND DECREED plaintiff's complaint is hereby dismissed.**

This Judgment Filed and Entered on May 28, 2010, with service on:

Mark Pinella (via US Mail), Cumberland County Detention Center, 204 Gillespie Street, Fayetteville, NC 28301
James C. Thornton (via cm/ecf electronic notification)

Date: May 28, 2010

                                              DENNIS P. IAVARONE, CLERK
                                              /s/ Delsia Heath
                                              (By): Delsia Heath, Deputy Clerk